No. 75–589. DI VIAIO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–591. DIEZ ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–603. M. C. MANUFACTURING CO., INC., ET AL. v. TEXAS FOUNDRIES, INC. Ct. Civ. App. Tex., 9th Sup. Jud. Dist. Certiorari denied.

No. 75–605. WYATT ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–607. ASSOCIATION OF MASSACHUSETTS CONSUMERS, INC. v. SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied.

No 75–614. HAPAG-LLOYD, A. G., ET AL. v. TEXACO PANAMA, INC.; and
No. 75–665. FITZGERALD, PUBLIC ADMINISTRATOR OF NEW YORK COUNTY, ET AL. v. TEXACO INC. ET AL. C. A. 2d Cir. Certiorari denied. Reported below: 521 F. 2d 448.

No. 75–617. GREENBERG ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 75–625. PERRY ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 75–627. McDONNELL DOUGLAS CORP. v. TUFT. C. A. 8th Cir. Certiorari denied.